*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Errol George Henry                          )<br>                                                          )<br>   Debtor(s).                                  )<br>                                                          ) | Case No. 24–11100–amc<br><br><br>Chapter: 7 |

## ORDER

      AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated April 1, 2024, this case is hereby DISMISSED.

**Date: April 19, 2024**

                                                                                     Ashely M. Chan
                                                                                      Judge, United States Bankruptcy Court

Missing Documents:
Certification Concerning Credit Counseling
Chapter 7 Statement of Your Current Monthly Income Form 122A–1
Means Test Calculation Form 122A–2
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities